UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donald Ferguson,

      Plaintiff,

v.                                                                    Case No. 12-11702

Corizon, *et al.*                                             Sean F. Cox
                                                                       United States District Court Judge

      Defendants.

_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION

Acting *pro se*, Plaintiff Donald Ferguson ("Plaintiff") filed this prisoner civil rights

action, pursuant to § 1983, on April 17, 2012.  Plaintiff's Complaint alleges that Defendants

violated his constitutional rights by acting with deliberate indifference to his serious medical

needs when Defendant was denied a second surgery on his hand following an injury and an

initial surgery.

This action was referred to Magistrate Judge Michael Hluchaniuk for all pretrial

proceedings.  (Docket Entry no. 8).  On December 13, 2012, Magistrate Judge Hluchaniuk filed

an Order Directing Defendant To Answer Or Otherwise Respond to the Complaint.  (Docket

Entry No. 20).  That order acknowledged that Defendants had filed a "Waiver of Answer

Pursuant to 42 U.S.C. § 1997e(g)(1)" and directed Defendants to file an answer or otherwise

respond to the complaint by January 4, 2013.  (*Id.*)

In response, Defendants filed a Motion for Summary Judgment on January 4, 2013.

After full briefing by the parties, Magistrate Judge Hluchaniuk issued a Report and

Recommendation ("R&R") on July 25, 2013, wherein he recommends that Defendant's Motion

for Summary Judgment be granted.  (Docket Entry No. 34).

Plaintiff then filed the instant Objections to the R&R.  Plaintiff asserts four objections to

the R&R.

In his First and Second Objections, Plaintiff asserts that the Magistrate Judge erred

because he gave the facts set forth in Defendant's motion "greater veracity" than the facts

alleged in his complaint and his Declaration.  The Court finds these objections without merit.

The Magistrate Judge did not recommend that the Court grant summary judgment to Defendants

based upon factual *assertions* made by Defendants.  To the contrary, he made his

recommendation based on *evidence* submitted by Defendants (i.e. medical records).  In addition,

Plaintiff's Declaration disputing the adequacy of his medical treatment is insufficient to displace

the medical records kept by the prison in the ordinary course of business.  *See Hann v. State of

Michigan*, 2010 U.S. Dist. LEXIS 24143 (E.D. Mich. 2010); *see also Dulaney v. Carnaham*, 132

F.3d 1234, 1240 (8th Cir. 1997) (In the face of medical records indicating that specific treatment

was provided, an inmate cannot create a question of fact by asserting that he did not feel the

treatment received was adequate.)

In his Third Objection, Plaintiff disputes the Magistrate Judge's conclusion that he could

not establish deliberate indifference.  The Court finds this objection without merit because it

agrees with Magistrate Judge Hluchaniak's analysis and conclusion regarding this issue.  (*See*

R&R at 16-19).

As his fourth and final objection, Plaintiff objects to the Magistrate Judge's conclusion

that he presented no evidence to support his claim against Corizon, suggesting that he should

have been provided unspecified discovery as to this issue.   The Court finds this objection

without merit.  As explained in the R&R, in response to Defendants' properly supported motion,

Plaintiff did not meet his burden of showing why addition discovery was necessary.  Plaintiff

offered no affidavit in support of his request and he failed to identify any reason why he did not

seek leave from the Court to conduct discovery or otherwise attempt to obtain discovery from

Corizon during the six months during which the motion was pending.  (*See* R&R at 20-23).

Accordingly, the Court finds Plaintiff's Objections to the R&R to be without merit and

IT IS ORDERED that the July 25, 2013 R&R is hereby ADOPTED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment is

GRANTED and this action shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


Dated:  September 4, 2013                          S/ Sean F. Cox            
                                                   Sean F. Cox
                                                   U. S. District Court Judge


I hereby certify that on September 4, 2013, the foregoing document was served upon counsel of
record by electronic means and upon Donald Ferguson by First Class Mail at the address below:

Donald Ferguson #122782
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI 48446


Dated:  September 4, 2013                          S/ J. McCoy        
                                                   Case Manager